THE STATE OF OHIO, APPELLEE, *v.* SPIRKO, APPELLANT.

[Cite as *State v. Spirko* (1994), 70 Ohio St.3d 1221.]

(No. 89–722—Submitted August 17, 1994—Decided November 9, 1994.)

*David H. Bodiker,* Ohio Public Defender, and *Laurence E. Komp,* Assistant Public Defender, for appellant.

*Per Curiam.* We deny the motion. Spirko's 1991 appeal to this court was not a first appeal as of right; therefore, he had no constitutional right to counsel, hence no constitutional right to effective assistance. See *State v. Buell* (1994), 70 Ohio St.3d 1211, 639 N.E.2d 110.

*Motion denied.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.